# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Blanton, Lewis M. | U. S. District Court, E.D.Mo. | 05/03/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

111 U. S. Courthouse
555 Independence, Suite 4000
Cape Girardeau, MO 63703

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member at Large, District Committee | Cherokee District, Greater St. Louis Area Council, Boy Scouts of America |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | I am vested in the retirement plan for judges of the State of Missouri. As of March 5, 1996, I began to receive retirement benefits. (cntd Part VIII) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Retirement from State of Missouri as a former state judge | $34,856.52 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Public School Retirement System of Missouri (from teaching - began in July, 2002). |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blanton, Lewis M. | 05/03/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American Bar Association | Annual dues | $399.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Credit card | None |
| 2. | Montgomery Bank | Credit card | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blanton, Lewis M. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Templeton World Fund-Class A IRA (Mutual fund) | A | Dividend | K | T | | | | | |
| 2. Montgomery Bank, N.A., Sikeston, MO (accounts) | A | Interest | J | T | | | | | |
| 3. Vanguard Prime Money Market Fund (R/O-IRA)(Y) | | | | | | | | | |
| 4. Vanguard International Growth Fund Investor (R/O-IRA) | A | Dividend | J | T | | | | | |
| 5. Vanguard Total Stock Market Index Fund Inv. (R/O-IRA)(Y) | | | | | Sold (part) | 09/14/10 | J | | |
| 6. | | | | | Closed | 12/06/10 | K | | |
| 7. Vanguard Total Stock Market Index Admiral Fund (IRA) | A | Dividend | K | T | | | | | |
| 8. Vanguard FTSE All-World ex-U.S. Inv. Fund (IRA) | A | Dividend | J | T | | | | | |
| 9. Vanguard Brokerage Account | | None | | | | | | | |
| 10. - Baron Partners Fund (IRA) | | None | J | T | | | | | |
| 11. - Dodge & Cox International Fund (IRA) | A | Dividend | J | T | | | | | |
| 12. - Meridian Growth Fund (IRA) | A | Dividend | J | T | | | | | |
| 13. - Rydex Series Trust Nasdaq 100 Fund (Investor Class)(IRA | | None | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blanton, Lewis M. | 05/03/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART II. Parties and Terms re: I am vested, cntd … The plan requires no contributions by the participants. INFORMATIONAL NOTE: The reporting person was an Associate Circuit Judge for the State of Missouri before becoming a U. S. Magistrate Judge on October 18, 1991.

Part III-A. Retirement from State of Missouri - The amount received has remained the same through the years since I am not eligible for cost of living increases to the retirement amount.

Part VI. Liabilities:
   Discover credit card, no. 2 in the 2010 report, did not exceed $10,000 in 2011 and was paid off in 2011.
1. Chase credit card, no. 3 in the 2010 report, was paid off in 2011.
2. The Montgomery Bank credit card, no. 4 in the 2010 report was paid off in 2011.

Part VII-2. Montgomery Bank No.'s 2 and 3 from the 2009 report are aggregated into one listing.

Part VII-3. The value of the Vanguard Prime Money Market Fund fell below $1,000.00 at the end of the year 2011. This fund is used to temporarily hold Required Minimum Distributions until they are "swept" out and sent to the undersigned. It held $44.83 at the end of 2011.

Part VII-5 and 7. Vanguard exchanged shares of Vanguard Total Stock Market Index Admiral Fund for shares of previously held Vanguard Total Stock Market Index Inv. Fund on 12-6-10, because of the increase in value. Vanguard did this on its own. The new class (Admiral) requires a smaller management fee.

Part VII-5 and 8. FTSE All-World ex-U.S. Inv. Fund (8) had its inception on 9-14-10 by what Vanguard terms an "exchange" from Total Stock Market Index Inv. Fund (5). Shares     were sold to buy shares     on 9-14-10. The computer program for this report would not permit a description as an "exchange."

Part VII-13. Rydex Series Trust Nasdaq 100 Fund (Investor Class)(IRA) was previously named Rydex Index OTC Fund (Investor Class)(IRA)

Part VII-9. Vanguard Brokerage Account holds VII-10, 11, 12, 13 Baron Partners, Dodge & Cox, Meridian Growth and Rydex Series Trust Nasdaq 100 Fund. The brokerage account has been moved up on the list and the funds held in the brokerage account are indented.

ADDITIONAL NOTES:

Part V. Gifts - V-1. The American Bar Association exempts me from dues because I have been a member for over 40 years and am over 70 years old.

| Name of Person Reporting | Date of Report |
|---|---|
| Blanton, Lewis M. | 05/03/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lewis M. Blanton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544